Gastost, J.
 

 The testimony, to which the defendant has excepted, is not liable to the objection that it is “hearsay evidence.” It was not offered to establish the
 
 truth
 
 of what the defendant’s father had said, but simply to prove the fact, that he made such a declaration. If that fact became material or relevant in the enquiry before the jury, certainly testimony of the fact was proper. Now we cannot say that the fact was altogether immaterial or irrelevant. The assault upon the prosecutor followed soon after his declaration, that no honest man would avail himself of the bankrupt law, and such a declaration was likely to provoke to resentment the son of one thus publickly branded as dishonest. We think the State had a right to shew this circumstance as tending to point out the individual, who took fire at this remark, and wreaked his vengeance on the person who made it. The circumstance
 
 per se
 
 would be exceedingly weak, but in connexion with the other evidence-in the case, it was entitled to some regard.
 

 This opinion must be transmitted to the Superior Court of Johnston, with directions to proceed to sentence against
 
 *506
 
 t|ie prisoner agreeably to the decision of this court and the law of the land.
 

 Per Curiam. Ordered accordingly.